THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK STRAUSS, Respondent, *v.* LOUIS LEUBUSCHER et al., Appellants.

*People ex rel. Strauss* v. *Leubischer*, 34 App. Div. 630, appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GORDON MACDONALD, Respondent, *v.* LOUIS LEUBUSCHER et al., Appellants.

*People ex rel. MacDonald* v. *Leubischer*, 34 App. Div. 577, appeal dismissed.

(Argued January 9, 1899; decided January 10, 1899.)

MOTIONS to dismiss appeals from orders of the Appellate Division of the Supreme Court in the first judicial department, made November 25, 1898, affirming orders. of Special Term discharging relators from custody upon writs of habeas corpus.

The relator in each case was arrested under a paper writing purporting to be a mandate over the signature of one Edward J. McCabe, " Commissioner and Notary Public." This alleged mandate, among other things, directed the sheriff of the county of New York to keep and closely confine the relator in the jail of New York county until he should submit to make answer to certain questions put to him on behalf of plaintiffs upon his examination as a witness before the said McCabe, acting as commissioner to take the testimony of witnesses within this state, in an action pending in the District Court of Arapahoe county, Colorado, by virtue of a commission issuing to him under the seal of such court.

Subsequently, by an order made November 21, 1898, the Colorado court vacated and set aside the commission.

The motion was made upon the ground that the questions presented by the appeals are now of no practical importance.

*David McClure, Egerton L. Winthrop, Jr.,* and *Frederick B. Van Vorst* for motion.

*John W. Hutchinson, Jr.,* opposed.

Motion granted, without costs to either party as against the other, upon the execution of a stipulation by respondent in accordance with memorandum in *Matter of Application for Subpœna to Strauss (ante,* p. 720).

All concur, except PARKER, Ch. J., and O'BRIEN, J., dissenting.